MEMO ENDORSED

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

April 20, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

      Re:   *United States v. Miller (Corey Webb)*
           19-cr-245 (KMK)

Dear Judge Karas:

      This letter is an application to adjourn the sentencing of Corey Webb, currently scheduled for May 7, 2020. Mr. Webb is at liberty on bail pending sentence. The reason for the request is the uncertainty regarding the COVID-19 crisis, particularly in light of the fact that Mr. Webb suffers from a heart condition. Accordingly, we request an adjournment of at least one month from May 7, 2020. I have conferred with AUSA Courtney Heavey who advises that the government consents to this application.

      Very truly yours,

      /s/ *Theodore S. Green*
      Theodore S. Green

cc:      All Counsel (by ECF)

*Granted. The sentence will go forward on 6/9/20 at 2:30 pm*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/21/20