**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

May 26, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

    re:    *United States v. Corey Webb*
             19-cr-245 (KMK)

Dear Judge Karas:

    This letter is an application, on consent of the government, to further adjourn the sentencing of Corey Webb, currently scheduled for June 9, 2020, for approximately an additional month, in light of the continuing COVID-19 crisis and the ongoing restrictions on Court appearances. Mr. Webb is at liberty on bail pending sentence following his plea of guilty to a conspiracy to violate 21 U.S.C. § 841(b)(1)(B). 21 U.S.C. §846.

                         Very truly yours,

                         /s/ *Theodore S. Green*
                         Theodore S. Green

cc:   All counsel (by ECF)

Granted. The sentence will go forward on July 15, 2020 at 10:30 AM

SO ORDERED

/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.

5/27/2020