**MEMO ENDORSED**

## Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

June 30, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

Re:  *United States v. Miller (Corey Webb)*
19-cr-245 (KMK)

Dear Judge Karas:

This letter is an application to adjourn the sentencing of Corey Webb, currently scheduled for July 15, 2020, to a date in September 2020. The Court had previously granted two adjournments of the original May 7, 2020, sentencing date. Mr. Webb is at liberty on bail pending sentence. As of now, it appears at best unlikely that an in-person sentencing is possible. Mr. Webb also has a heart condition and his medication dosages for that condition are being monitored by his doctor. His next medical appointment is scheduled for July 25, 2020.

If this request is granted, and should delays in resumption of normal Court operations persist to September, Mr. Webb may well be willing to waive appearance and participate by remote conferencing at that time.

I have conferred with AUSA Courtney Heavey who advises that the government has no objection to this application.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc:  All Counsel (by ECF)

*Granted. The sentence will go forward on 9/18/20 at 2:30 p.m.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/1/2020