**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

December 22, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

re: *United States v. Miller (Corey Webb)*, 19-cr-245 (KMK)

Dear Judge Karas:

This letter is an application to extend the date for Corey Webb to voluntarily surrender to the Bureau of Prisons, currently scheduled for January 6, 2021, for one month, to February 5, 2021, or such other date around that time that the Court deems appropriate. Judgment was filed on November 23, 2020.

Mr. Webb, who was sentenced to a custodial term of 36 months and had his bail continued following sentencing, has not yet received notification of his designation to a Bureau of Prisons facility. Particularly as Mr. Webb suffers from cardiomyopathy and heart failure, which are considered COVID-19 risk factors, it would be far preferable for Mr. Webb to surrender directly to his designated facility rather than surrendering to the U.S. Marshals pending designation, as the latter scenario would involve additional movement through the system to different facilities, with the resulting potential for increased exposure to the virus.

I am advised by pre-trial services officer Vincent Adams that his office has no objection to the requested extension. The government has not as yet taken a position on the application, as it had been awaiting a response to its inquiry to BOP. In my own inquiries to the probation department, I was advised as of late yesterday afternoon by U.S. Probation Officer Katrina Minus-Shepherd that designation had not yet been determined. Another probation office staff member separately advised me that the judgment was only recently forwarded to BOP by the Marshals office, and indicated that she might seek to have the designation process expedited. In any event, given the nearness of the current surrender date and the importance of BOP taking the time to assess a proper designation given Mr. Webb's medical needs, we are seeking the requested extension.

Granted.

So Ordered.
/s/ K. Karas   12/22/20

Very truly yours,
/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)