**MEMO ENDORSED**

**Green & Willstatter**
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

January 29, 2021

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

    re: *United States v. Miller (Corey Webb)*
        19-cr-245 (KMK)

Dear Judge Karas:

    This letter is an application to extend the date for Corey Webb to surrender to commence serving his sentence to March 5, 2021. Mr. Webb's surrender date is currently February 5, 2021, having previously been extended from January 6, 2021.

    Mr. Webb has not yet been informed of a designated BOP facility to surrender to. The Pretrial Services office, by USPTO Vincent Adams, does not object to the requested adjournment and the government, by AUSA Samuel Raymond, advises that it will defer to the Pretrial Office on this question.

    Mr. Webb suffers from cardiomyopathy and heart failure, both of which are Covid-19 risk factors. Particularly in light of the ongoing pandemic conditions in the BOP system, it would be far preferable for Mr. Webb to surrender directly to a designated facility rather than to the U.S. Marshals, in order to avoid his having to be moved through the system.

Granted.
So Ordered.
*[signature]*
1/29/21

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)